UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| ROBERT P. DEMUSIS, JR. | ) | |
| MARIA KATINA DEMUSIS | ) | Case No. 16-30184-MSH |
| Debtors | ) | |
| | ) | |
| GARY M. WEINER, CHAPTER 7 TRUSTEE | ) | |
| of the Estate of Robert and Maria Demusis, | ) | Adv. Pro. No. 16-03028 |
| Plaintiff | ) | |
| v | ) | |
| PEOPLES UNITED BANK, N.A. | ) | |
| Defendant | ) | |

## JOINT MOTION TO APPROVE STIPULATION FOR JUDGMENT

NOW COMES Gary M. Weiner, Chapter 7 Trustee for the Estate of Robert and Maria Demusis ("Trustee"), by and through its counsel, Weiner Law Firm, P.C., and Peoples United Bank, N.A. ("Peoples"), by and through its counsel, Jennifer Conrad, Esq., of the Law Office of Laura A. Mann, and jointly move this Honorable Court to approve the stipulation for entry of judgment entered between the parties regarding the Trustee's above-captioned adversary complaint. In support of this Motion, the Trustee and Peoples respectfully state the following:

1. On March 14, 2016, Robert and Maria Demusis (the "Debtors") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. On April 22, 2016, the Plaintiff, Gary M. Weiner, Esq. was appointed Chapter 7 Trustee and he continues to serve in that capacity.

3. On December 23, 2016, the Trustee filed the present adversary proceeding to avoid the unperfected mortgage of Peoples and preserve the value of said lien for the Estate.

1

4. Peoples has chosen not to oppose the present adversary proceeding, and has agreed to the Stipulation for Judgment attached as "Exhibit A."

WHEREFORE, the Trustee and Peoples United Bank, N.A. respectfully request that this Court enter an Order:

1. Approving the Stipulation for Entry of Judgment related to this Adversary Proceeding; and

2. Granting such other and further relief as this Court deems just and proper.

| THE PLAINTIFF,<br>GARY M. WEINER, ESQ., Chapter 7 Trustee<br>Of the Estate of Robert P. Demusis Jr. and Maria Katina Demusis,<br>By and through his Counsel,<br><br>/s/ Gary M. Weiner, Esq.<br>Gary M. Weiner, Esq. BBO# 548341<br>Robert E. Girvan III, Esq. BBO# 569063<br>WEINER LAW FIRM, P.C.<br>1441 Main Street, Suite 1441<br>Springfield, MA 01103<br>Tel. No. (413) 732-6840<br>Gweiner@Weinerlegal.com<br>Date: February 8, 2017 | THE DEFENDANT,<br>Peoples United Bank, N.A.,<br>By its Counsel<br><br>/s/ Jennifer Conrad, Esq.<br>Jennifer Conrad, BBO # 645132<br>Laura A. Mann, BBO # 550508<br>Law Office of Laura A. Mann,<br>219 East Main Street<br>Milford, MA 01757<br>Tel. No. (508) 478-7765<br>JenniferC@mannatlaw.com<br>Date: February 8, 2017 |
|---|---|

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | Chapter 7 |
|  | Case No. 16-30184-MSH |
| ROBERT P. DEMUSIS, JR AND |  |
| MARIA KATINA DEMUSIS |  |
| Debtors |  |
|  |  |
| GARY M. WEINER, CHAPTER 7 TRUSTEE | Adv. Pro. No. 16-03028 |
| Of the Estate of Robert and Maria Demusis |  |
| Plaintiff |  |
| v. |  |
|  |  |
| PEOPLES UNITED BANK, N.A. |  |
| Defendant |  |

**CERTIFICATE OF SERVICE**

I, Gary M. Weiner, Esq. do hereby certify that on the 10th day of February, 2017, a copy of the Stipulation of Judgment and Joint Motion to Approve Stipulation for Judgment was mailed via first class mail, postage pre-paid, or via electronic mail to the following:

Richard King, United States Trustee
USTPRegion01.WO.ECF@USDOJ.GOV

Peoples United Bank, N.A.
Jennifer Conrad, Esq.
Laura A. Mann
Law Office of Laura A. Mann
219 East Main Street
Milford, MA 01757
JenniferC@mannatlaw.com

/s/ Gary M. Weiner, Esq.